Dismissed and Memorandum Opinion filed March 17, 2005









Dismissed and Memorandum Opinion filed March 17, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01175-CV

____________

 

KLEIN INDEPENDENT SCHOOL DISTRICT
and SPRING WEST MUNICIPAL UTILITY DISTRICT, Appellants

 

V.

 

RALPH WHITE HOLDINGS, LLC, Appellee

 



 

On Appeal from the
133rd District Court

Harris County, Texas

Trial Court Cause
No. 04-10391

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 8, 2004.

On March 14, 2005, appellants filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 17, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.